# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DELTA SUBSIDIARIES, INC. AND
ACADIAN DIAGNOSTIC
LABORATORIES, LLC

NO.  2022 CW 1380

VERSUS

BLUMBERG AND ASSOCIATES,
INC., WESTPORT INSURANCE
CORPORATION, AND WESTCHESTER
SURPLUS LINES INSURANCE
COMPANY

**JULY 13, 2023**

---

In Re:    Blumberg and Associates, Inc. and Westport Insurance
Corporation, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 675802.

---

**BEFORE:   McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

**WRIT DISMISSED.** The writ application is dismissed pursuant
to the motion to dismiss filed by the relators, Blumberg and
Associates, Inc., and Westport Insurance Corporation, advising
this court that the writ application is now moot in light of the
termination of the lawsuit.

**PMc**
**GH**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT